

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

In re: Juan R. Baltazar

FOR COURT USE ONLY

FILED APR - 8 2009 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY ___ Deputy Clerk

ENTERED APR - 9 2009 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY ___ Deputy Clerk

CASE NO.: 6:09-bk-13830MJ

CHAPTER: 7

**ORDER REASSIGNING BANKRUPTCY CASE PURSUANT TO GENERAL ORDER 99-02 TO JUDGE WITH PRIOR RELATED CASE/ PROCEEDING**

☒ WITHIN DIVISION TRANSFER

☐ WITHIN DISTRICT TRANSFER

Debtor(s).

---

It appearing that the above-captioned bankruptcy case is properly transferable in accordance with the provisions of General Order 99-02,

IT IS HEREBY ORDERED that the above-captioned bankruptcy case be reassigned to Bankruptcy Judge _Peter H. Carroll_ [name to be inserted by the judge] for all further proceedings.

☒ **Within Division Transfer**

The bankruptcy case number will remain the same. However, the judge's initials must be changed to _PC_ [initials to be inserted by the judge] on all documents filed with the court.

☐ All adversary proceeding(s) to be transferred

☐ Do not transfer adversary proceeding(s)

☐ Other: _____

(Page 1 of 2)

---

| In re | (SHORT TITLE) | CASE NO.: |
|---|---|---|
| | Debtor(s). | CHAPTER: |

☐ **Within District Transfer**

The new bankruptcy case number is _____ [will be issued by the Clerk's Office after the order is signed].

☐ All adversary proceeding(s) to be transferred and the new adversary proceeding case number(s) will be issued by the Clerk's Office.

☐ Do not transfer adversary proceeding(s)

☐ Other: _____

Dated: 4-8-09

_____
UNITED STATES BANKRUPTCY JUDGE

(Page 2 of 2)

---

March 1999 — Order Reassigning Bankruptcy Case Pursuant to General Order 99-02 — F 5004-1