# United States Bankruptcy Court
# Central District Of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

## NOTICE OF REASSIGNMENT OF CASE

**DEBTOR(S) INFORMATION:**
Juan R. Baltazar
**SSN:** xxx–xx–4959
**EIN:** N/A

263 N. Arrowhead
Rialto, CA 92376

**BANKRUPTCY NO.** 6:09–bk–13830–PC
**CHAPTER** 7

This case has been reassigned to Bankruptcy Judge Peter Carroll for all further proceedings.

The last two alpha characters of the case number has been changed to indicate the new Judge.

Please use the new changes for all future matters regarding this case.

Dated: April 9, 2009

For The Court,
**Jon D. Ceretto**
Clerk of Court

(Form ntc2 rev. 5/96) VAN–83

**14 / HAL**