UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
APR 22, 2009
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY           Deputy Clerk

BANKRUPTCY MINUTES - 11 U.S.C. Section 362 MOTIONS                    21

CASE NO.  RS09-13830MJ                          DATE APR 22, 2009
CHAPTER 7

TITLE CITI RESIDENTIAL LENDING INC VS BALTAZAR

Hon. Meredith A. Jury, Bankruptcy Judge

SERVICE:    ( ) Good         ( ) Defective           ( ) Proof Not Filed

Attorney(s) for Moving Party         Attorney(s) for Responding Party

_____      _____

_____      _____


( ) Use electronically lodged order (EL)
( ) Modifications to ELO: _____
( ) No Appearance; OFF CALENDAR (relief denied pending recalendaring)
( ) Default        ( ) After Hearing       ( ) By Stipulation

   ( ) Stay terminates forthwith / on  _____
   ( ) Stay is annulled, subject to    _____
   ( ) Stay terminates, no foreclosure sale before _____
   ( ) Stay remains in effect subject to adequate protection order:

       ( ) Payment by cashier's check or equivalent at movant's
           attorney's office of $_____ on or before _____
       ( ) Make current payments when due effective _____

           ( ) grace period per note    ( ) no grace period

   ( ) Upon breach of condition, movant shall give respondent and
       counsel written notice that the breach must be cured within
       10 days.  A maximum of ____ such letters must be given.
       If not cured, movant shall prepare, serve and submit to the court
       a declaration re failure to cure and proposed order for relief.
   ( ) $_____ per letter.
   ( ) 4001(e) is waived.
   ( ) Order binding for six months.
   ( ) This is a "chapter 20" order.  A subsequent chapter 13 is
       anticipated
( ) OTHER:_____

       _____
( ) Order to follow  ( ) to be lodged  ( ) no lodgement necessary
       ( ) Walk through

( X ) Off Calendar - CASE REASSIGNED BACK TO JUDGE CARROLL

( ) Hearing continued on motion of ( ) Movant ( ) Respondent ( ) Both
    to _____ at _____.M. for

    ( ) preliminary hearing ( ) final hearing.  Stay remains in effect.
    ( ) Notice waived       ( ) _____ to give notice